Case Nos. 25-6214 & 25-6470; 25-6223 & 25-6475; 25-6224 & 25-6465; 25-6229 & 25-6468

United States Court of Appeals
for the Ninth Circuit

| | |
|---|---|
| United States of America, <br><br> Plaintiff/Appellant/Cross-Appellee, <br><br> v. <br><br> Devonte Devon Jackson, <br><br> Defendant/Appellee/Cross-Appellant. | D.C. No. 2:25-cr-240-GMN <br> District of Nevada <br><br> **Motion to Expedite** |
| United States of America, <br><br> Plaintiff/Appellant/Cross-Appellee, <br><br> v. <br><br> Giann Icob Salazar Del Real, <br><br> Defendant/Appellee/Cross-Appellant. | D.C. No. 2:25-cr-227-JAD <br> District of Nevada <br><br> **Motion to Expedite** |

1

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>Jorge Enriquez, Jr.,<br><br>    Defendant/Appellee/Cross-Appellant. | D.C. No. 2:25-cr-26-MMD<br>District of Nevada<br><br>**Motion to Expedite** |
| United States of America,<br><br>    Plaintiff/Appellant/Cross-Appellee,<br><br>v.<br><br>Shamar Tyrell Garcia,<br><br>    Defendant/Appellee/Cross-Appellant. | D.C. No. 2:25-cr-230-RFB<br>District of Nevada<br><br>**Motion to Expedite** |

Rene L. Valladares
Federal Public Defender
Jeremy C. Baron
Sean A. McClelland
Assistant Federal Public Defenders
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577
jeremy_baron@fd.org
sean_mcclelland@fd.org

Counsel for Defendants/Appellees/Cross-Appellants

2

## Argument

The defense respectfully requests this Court expedite briefing and argument in these four consolidated appeals and the four respective cross-appeals.

Under Circuit Rule 27-12, "[m]otions to expedite briefing and hearing may be filed and will be granted upon a showing of good cause." The rule lists three categories of cases where expedited treatment may be appropriate, but those categories are illustrative and not exclusive.

The defense has good cause to seek expedited treatment. The administration has purported to designate Sigal Chattah the acting U.S. Attorney for the District of Nevada. In the four criminal prosecutions at issue here, the defense challenged Ms. Chattah's eligibility to serve as acting U.S. Attorney and sought dismissal of the indictments or, in the alternative, a disqualification order. The district court concluded Ms. Chattah is ineligible to serve as acting U.S. Attorney. It disqualified her from supervising the four prosecutions but denied dismissal as a remedy. The government is pursuing an interlocutory appeal of the disqualification order. The defense is pursuing a cross-appeal of the denial of dismissal.

3

The defense respectfully suggests expedited treatment is appropriate. The defense maintains the issue raised in this interlocutory appeal—whether Ms. Chattah is eligible to serve as the top federal law enforcement officer in the District of Nevada—is an issue of exceptional public interest that should be resolved as quickly as reasonably possible. A prompt decision from this Court will assist the defense bar in this district in determining how to handle criminal cases going forward. By comparison, the government is pursuing a similar interlocutory appeal in the Third Circuit, *see United States v. Giraud*, No. 25-2635, and the Third Circuit significantly expedited that appeal, *see id.* ECF No. 10-2.

Under Circuit Rule 27-12, the motion to expedite may provide a proposed briefing schedule and date for argument or submission. The defense proposes the following briefing schedule for the consolidated appeals and cross-appeals:

- Government's principal brief: October 31, 2025.
- Defense's principal and response brief: November 21, 2025.
- Government's response and reply brief: December 5, 2025.
- Defense's reply brief: December 19, 2025.

The government objects to a proposed briefing schedule that incorporates the cross-appeals. The defense maintains the briefing schedule should incorporate the cross-appeals. The government would agree to the following briefing schedule for the consolidated appeals that does not incorporate the cross-appeals:

- Government's opening brief: October 31, 2025.
- Defense's answering brief: November 21, 2025.
- Government's reply brief: December 5, 2025.

Under Circuit Rule 27-12, "[t]he motion [to expedite] shall set forth the status of transcript preparation." In the defense's view, there is only one consolidated court appearance that requires transcript preparation, and the court reporter has already prepared that transcript.

The defense makes this request mindful of the burden that expedited treatment imposes on the Court. The defense is grateful for the Court's consideration of this motion.

This motion does not exceed 20 pages. *See* Circuit Rule 27-1(1)(d).

The four defendants are currently incarcerated in pre-trial custody. *See* Circuit Rule 27-8.1.

## Conclusion

This Court should expedite this appeal.

Dated October 15, 2025.

                    Respectfully submitted,

                    Rene L. Valladares
                    Federal Public Defender

                    */s/ Jeremy C. Baron*
                    Jeremy C. Baron
                    Assistant Federal Public Defender

                    */s/ Sean A. McClelland*
                    Sean A. McClelland
                    Assistant Federal Public Defender