**Rene L. Valladares**
Federal Public Defender
District of Nevada

**Lori C. Teicher**
First Assistant

**Jeremy C. Baron**
Assistant Federal Public Defender



**FEDERAL PUBLIC
DEFENDER**
—— District of Nevada ——

411 E. Bonneville Ave.
Suite #250
Las Vegas, NV 89101
Tel: 702-388-6577

March 11, 2026

Molly C. Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, California 94103

      Re:   *United States v. Jackson et al.*, Nos. 25-6214 et al.
              Argued and submitted February 12, 2026

Dear Ms. Dwyer:

Under Appellate Rule 28(j) and Circuit Rule 28-6, the defense respectfully directs this Court to *Widakuswara v. Lake*, No. 1:25-cv-1015-RCL, 2026 WL 638676 (D.D.C. Mar. 7, 2026), where the district court concluded Kari Lake was improperly serving as the acting CEO of the U.S. Agency for Global Media.

The decision is relevant to these appeals. As here, the government asserted Ms. Lake was serving as acting CEO under 5 U.S.C. § 3345(a)(1). The district court correctly rejected that argument because the subsection "applies only to a first assistant who occupies that position at the time the vacancy occurs." 2026 WL 638676, at *5; *accord* Principal and Response Brief at 18-38.[1]

The government likewise claimed Ms. Lake could "exercise the authorities delegated to her by" the former (validly serving) acting CEO. 2026 WL 638676, at *7. The district court properly determined 5 U.S.C. § 3347 "forbids" the administration from creating a "*de facto* acting

---

[1] Pin citations refer to the page numbers in the footer.

CEO." *Id.* The district court reached that conclusion even though Ms. Lake asserted she was exercising only 95 percent—not 100 percent—of the vacant office's responsibilities. While the delegation was not total, the district court nevertheless rightly concluded "these expansive delegations were an unlawful effort to transform Lake into the CEO . . . in all but name, and therefore violated § 3347(b)." *Id.* at *8; *accord* Principal and Response Brief at 43-58.

Sincerely,

*/s/ Jeremy C. Baron*

Jeremy C. Baron
Assistant Federal Public Defender

cc: Sean A. McClelland
    Tyler Anne Lee