UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SHAMAR TYRELL GARCIA,<br><br>Defendant - Appellee. | No. 25-6229<br><br>D.C. No.<br>2:25-cr-00230-RFB-BNW-1<br>District of Nevada,<br>Las Vegas |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SHAMAR TYRELL GARCIA,<br><br>Defendant - Appellant. | No. 25-6468<br><br>D.C. No.<br>2:25-cr-00230-RFB-BNW-1<br>District of Nevada,<br>Las Vegas |

Before: S.R. THOMAS and MILLER, Circuit Judges, and BLUMENFELD, District Judge.*

Defendant Shamar Tyrell Garcia's motion to dismiss the government's appeal in Case No. 25-6229 and to dismiss his cross-appeal in Case No. 25-6468 (Dkt. No. 58) is **GRANTED.** We **VACATE** the disqualification order in Case No.

* The Honorable Stanley Blumenfeld, Jr., United States District Judge for the Central District of California, sitting by designation.

2:25-cr-230-RFB only and **REMAND** with instructions to order Defendant to withdraw his motion to dismiss the indictment or disqualify government counsel.