UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SHAMAR TYRELL GARCIA,<br><br>Defendant - Appellee. | No. 25-6229<br><br>D.C. No.<br>2:25-cr-00230-RFB-BNW-1<br><br>District of Nevada,<br>Las Vegas<br><br>MANDATE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SHAMAR TYRELL GARCIA,<br><br>Defendant - Appellant. | No. 25-6468<br><br>D.C. No.<br>2:25-cr-00230-RFB-BNW-1<br><br>District of Nevada,<br>Las Vegas |

The judgment of this Court, entered August 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT